# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | SACV16-00999-BRO (AFMx) |
| Plaintiff, | |
| v. | ORDER DISMISSING DAMIAN KUTZNER |
| DAMIAN KUTZNER, et al. | |
| Defendants. | |

Based on the parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Complaint against Damian Kutzner is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: February 1, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge

1