Thomas W. McNamara
tmcnamara@mcnamarallp.com
501 West Broadway, Suite 2020
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Court-Appointed Receiver*

Daniel M. Benjamin (SBN 209240)
dbenjamin@mcnamarallp.com
Andrew W. Robertson (SBN 62541)
arobertson@mcnamarallp.com
McNamara Benjamin LLP
501 West Broadway, Suite 2020
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. LACV16-00999 BRO (AFMx) |
| Plaintiff, | **RECEIVER'S RESPONSE TO MOTION OF INTERESTED PARTIES TO DISSOLVE OR OTHERWISE MODIFY PRELIMINARY INJUNCTION** |
| v. | |
| DAMIAN KUTZNER, et al., | |
| Defendants. | JUDGE: Hon. Beverly Reid O'Connell<br>CTRM: 7C<br>DATE: June 19, 2017<br>TIME: 1:30 p.m. |

1  Thomas W. McNamara, as Court-appointed Receiver, hereby responds to
2  the Motion of Interested Parties Neil R. Anenberg and Carol A. Anenberg, to
3  dissolve or otherwise modify the Preliminary Injunction (ECF No. 240) so that
4  they may proceed with a nonjudicial foreclosure of their third trust deed loan on
5  the Newport Beach residence owned by Time Out Management Ltd., LLC.
6  The Receiver's prior motion for authorization to sell this same property
7  (motion filed February 13, 2017, ECF No. 187) was denied by the Court (Order
8  entered March 10, 2017, ECF No. 202).
9  If the Court finds the Anenbergs' motion persuasive, the Receiver requests
10 that any sale of the Newport Beach property be conducted through the receivership
11 via a traditional real estate sale, not through the nonjudicial foreclosure requested
12 by the Anenbergs. (*See* ECF No. 187 at 4:6-5:12.) Such a traditional sale would
13 satisfy the indebtedness to the secured creditors, including the Anenbergs, and
14 maximize the value of the property which, in turn, would maximize the potential
15 consumer recovery from the receivership.

16 Dated: May 26, 2017                McNamara Benjamin LLP

                                     By:   S/ Andrew W. Robertson
                                           Attorneys for Thomas W. McNamara,
                                           Receiver

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

           S/ Andrew W. Robertson
           Andrew W. Robertson