Name: Michael T. Stoller, Esq., Bar No. 120241
Address: 23945 Calabasas Road, Suite 104
City, State, Zip: Calabasas, California 91302
Phone: 818-226-4040
Fax: 818-226-4044
E-Mail: michael.stoller@stollerlawgroup.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

PLAINTIFF(S),

v.

DAMIAN KUTZNER, et al.,

DEFENDANT(S).

CASE NUMBER: SACV16-00999-BRO (AFMx)

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that **CHARLES T. MARSHALL** *Name of Appellant* hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☒ Other (specify):
Minute Order on Motion for Summary Judgment

Imposed or Filed on **September 5, 2017**. Entered on the docket in this action on **353**.

A copy of said judgment or order is attached hereto.

September 17, 2017
Date

/s/ Michael T. Stoller, Esq.
Signature

☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).