**THURMAN LEGAL**
Michael A. Thurman – State Bar No. 123303
1055 East Colorado Blvd., 5th Floor
Pasadena, CA 91106
Telephone: (626) 399-6205
Facsimile: (626) 380-4880
Email: michael@thurman-legal.com

Attorney for Defendant Jeremy Foti

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DAMIAN KUTZNER, et al.,<br><br>Defendants. | Case No. 8:16-00999 BRO (AFMx)<br><br>**NOTICE OF AUTOMATIC STAY** |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Defendant Jeremy Foti (the "Debtor") filed a voluntary petition under chapter 7 of the United States Bankruptcy Code on February 14, 2018. The Debtor's bankruptcy case is pending before the United States Bankruptcy Court for the District of California, as Case No. 8:18-bk-10492

(the "Bankruptcy Action").  A copy of the face-page of the Debtor's chapter 7 petition is attached hereto.

PLEASE TAKE FURTHER NOTICE that upon the filing of the Debtor's chapter 7 petition an automatic stay went into effect with respect to the Debtor pursuant to 11 U.S.C. § 362.  As a result, at this time, all entities are stayed and prohibited from, *inter alia*:

1. The commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against Debtor that was or could have been commenced before the commencement of the Bankruptcy Action, or to recover a claim against Debtor that arose before the commencement of the Bankruptcy Action; and

2. The enforcement, against Debtor or against property of the Debtor's estate, of a judgment obtained before the commencement of the Bankruptcy Action; and

3. Any act to obtain possession of property of Debtor's estate or of property from Debtor's estate or to exercise control over property of Debtor's estate.

Dated February 22, 2018            Respectfully submitted.

*/s/ Michael A. Thurman*
Counsel for Defendant Jeremy Foti

2
**NOTICE OF AUTOMATIC STAY**

| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| CENTRAL DISTRICT OF CALIFORNIA | |
| Case number (if known) _____ | Chapter you are filing under:<br>☑ Chapter 7<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 ☐ Check if this an amended filing |

Official Form 101
## Voluntary Petition for Individuals Filing for Bankruptcy    12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only In a Joint Case): |
|---|---|---|---|
| 1. | Your full name | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Jeremy<br>First name<br><br>_____<br>Middle name<br><br>Foti<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | All other names you have used in the last 8 years<br>Include your married or maiden names. | | |
| 3. | Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | xxx-xx-2064 | |

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in this case who are registered CM/ECF users.

*/s/ Michael Thurman*