UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | Case No. 8:16-cv-00999-DOC (AFMx) |
|---|---|
| Plaintiff, | **ORDER GRANTING RECEIVER'S *EX PARTE* APPLICATION FOR AN ORDER TO SHOW CAUSE WHY JEREMY FOTI SHOULD NOT BE HELD IN CIVIL CONTEMPT** |
| v. | |
| DAMIAN KUTZNER, et al., | |
| Defendants. | |

Having considered the Receiver's Notice of *Ex Parte* Application and *Ex Parte* Application, the Memorandum of Points and Authorities in Support of the *Ex Parte* Application, the Declaration of Edward Chang, and good cause having been found,

IT IS HEREBY ORDERED that the *Ex Parte* Application is GRANTED. Jeremy Foti is hereby ordered to show cause why he should not be held in civil contempt for failing to comply with the Court's Order prohibiting Receivership Entities from filing bankruptcy petitions (ECF No. 153 at 34:4-8). With regard to Jeremy Foti's obligation to show cause as stated above, any opposition by Foti shall be filed on or before March 1, 2018. Any reply by the Receiver shall be filed on or before March 5, 2018. This matter is set for hearing before this Court on March 8, 2018 at 8:30 a.m.

IT IS SO ORDERED.

DATED this 26th day of February, 2018.

*/s/ David O. Carter*
Hon. David O. Carter
United States District Judge